# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK SHAWN FEATHERS,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>A. MIRANDA, et al.,<br><br>　　　　Defendants.<br>_____/ | Case No. 1:15-cv-00090-SKO (PC)<br><br>ORDER STRIKING UNSIGNED FILING<br><br>(Doc. 1)<br><br>THIRTY-DAY DEADLINE |

　　Plaintiff Mark Shawn Feathers, a state prisoner proceeding pro se, filed this civil rights action on January 20, 2015, but he neglected to sign his complaint. Unsigned filings cannot be considered by the Court and therefore, Plaintiff's complaint is ORDERED STRICKEN from the record. Fed. R. Civ. P. 11(a); Local Rule 131. **Plaintiff has thirty (30) days from the date of service of this order to file a signed complaint and if he fails to do so, this action will be dismissed, without prejudice.**

IT IS SO ORDERED.

　　Dated:　**January 22, 2015**　　　　　　　/s/ Sheila K. Oberto
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE