UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| MARK SHAWN FEATHERS,<br><br>        Plaintiff,<br><br>v.<br><br>SHERMAN,<br><br>        Defendant. | Case No. 1:15-cv-00090-DAD-SKO (PC)<br><br>ORDER GRANTING PLAINTIFF'S MOTION TO APPEAR AT SETTLEMENT CONFERENCE BY WAY OF VIDEOCONFERENCE<br><br>(ECF NO. 48) |
|---|---|

    Mark Feathers ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action filed pursuant to 42 U.S.C. § 1983.

    On December 17, 2018, Plaintiff filed a motion to appear at the upcoming settlement conference by way of videoconference. (ECF No. 48).

    The Court has reviewed Plaintiff's motion and the record in this case, and will grant the motion.

    Accordingly, IT IS ORDERED that Plaintiff's motion to appear at the upcoming settlement conference by way of videoconference is GRANTED. A separate order and writ of habeas corpus ad testificandum directing Plaintiff's institution to produce Plaintiff at the settlement conference by way of videoconference will be issued in due course.

IT IS SO ORDERED.

Dated: **December 21, 2018**  /s/ Erica P. Grosjean
                                                 UNITED STATES MAGISTRATE JUDGE