# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK SHAWN FEATHERS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>SHERMAN,<br><br>　　　　Defendant. | Case No.: 1:15-cv-00090-DAD-SKO (PC)<br><br>ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM, TO APPEAR BY VIDEO CONFERENCE, MARK SHAWN FEATHERS, CDCR# P-16781<br><br>DATE: FEBRUARY 28, 2019<br>TIME: 1:00 P.M. |

Mark Shawn Feathers, CDCR # P-16781, a necessary and material witness in a settlement conference in this case on February 28, 2019, is confined in California Medical Facility (CMF), in the custody of the Warden. In order to secure this inmate's attendance it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate, by video conference, before Magistrate Judge Erica P. Grosjean at the U. S. District Court, 2500 Tulare Street, Fresno, California 93721 in Courtroom #10 on February 28, 2019, at 1:00 p.m.

### ACCORDINGLY, IT IS ORDERED that:

1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above, by video conference, to participate in a settlement conference at the time and place above, until completion of the settlement conference or as ordered by the court.

2. The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ.

### WRIT OF HABEAS CORPUS AD TESTIFICANDUM

**To: Warden, CMF, 1600 California Dr., Vacaville, California 95696:**

**WE COMMAND** you to produce the inmate named above, by video conference, to testify at the time and place above, until completion of the settlement conference or as ordered by the court.

**FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

IT IS SO ORDERED.

Dated: **January 15, 2019**　　　　　　　　　　　/s/ *Sheila K. Oberto*
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE